# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| JOSEPH ANTHONY FAVORS, | Civil No. 10-3747 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CAL LUDEMAN, DENNIS BENSON, BRIAN OSBERG, JANNINE HEBERT, DAVID PRESCOTT, MARNIE DOLLINGER, DEBRA KONIESKA, DEB JAMES, AND ERIC MELBY, | |
| Defendants. | |

___

Joseph Anthony Favors, #100988, MCF – Stillwater, 970 Pickett Street, North, Bayport, MN 55003, pro se plaintiff.

The matter is before the Court upon plaintiff's Notice of Voluntary Dismissal filed September 24, 2010 [Docket No. 11].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED without prejudice**.

2. The Clerk of Court is directed to mail plaintiff copies of all the documents he filed in this case, pursuant to his request.

DATED: October 8, 2010
at Minneapolis, Minnesota.

                                                                s/ John R. Tunheim
                                                                 JOHN R. TUNHEIM
                                                          United States District Judge